IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00947-RPM

CARLA THOMPSON,

    Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a Southwest Memorial Hospital and
WILLIAM G. RAINER, JR., M.D.,

    Defendants.

_____

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4
_____

    Pursuant to D.C.COLO.LCivR 7.4, it is

    ORDERED that the defendant Southwest Health Systems, Inc., shall file its corporate disclosure statement by July 18, 2011.

    Dated:   July 7th , 2011

                                                  BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____
                                                 Richard P. Matsch, Senior District Judge