IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00947-RPM-BNB

CARLA THOMPSON,

    Plaintiff,

vs.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a Southwest Memorial Hospital, and
WILLIAM G. RAINER, M.D.

    Defendants.

_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**
_____

Upon review of Plaintiff's Unopposed Motion to Amend Complaint [17], it is

ORDERED that the motion is granted and the amended complaint tendered as Document No. 18 is accepted for filing.

DATED August 18th. 2011

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch Senior District Judge