# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                April 27, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-00947-RPM

| | |
|---|---|
| CARLA THOMPSON, | Cheryl L. Trine |
| | Deborah L. Taussig |
| Plaintiff, | |
| v. | |
| SOUTHWEST HEALTH SYSTEMS, INC., and | J. Stephen Mullen |
| WILLIAM G. RAINER, M.D., | Elizabeth C. Moran |
| | David D. Karr |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**11:00 a.m.   Court in session.**

Court's preliminary remarks.

Ms. Trine clarifies plaintiff's EMTALA claims (liability) and answers questions asked by the Court. Argument by Ms. Trine.

Argument by Mr. Mullen.
Mr. Karr states Dr. Rainer's objection to the disclosure of records are stated in the filed objections.

**Mr. Mullen and Mr. Karr submit records in open court for the Court to examine in camera.**
**Court states records submitted shall be disclosed.**
Documents returned to counsel.

**ORDERED:   Motion to Compel Disclosure of Risk Management Records [30], is granted as stated on record.**

**11:30 a.m.   Court in recess.**

Hearing concluded.  Total time: 30  min.