# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                July 19, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-00947-RPM

CARLA THOMPSON,                                          Cheryl L. Trine

      Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC.,                          J. Stephen Mullen
d/b/a Southwest Memorial Hospital and
WILLIAM G. RAINER, JR., M.D.                             David D. D. Karr

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

Argument by Ms. Trine.

**ORDERED:** **Second Motion to Compel Disclosures of Peer Review / Quality Management Records and Identities of Persons Who Participated, Expedited Hearing, Sanctions and Attorney Fees [45], is denied.**

Argument by Ms. Trine.
Argument by Mr. Mullen.

**ORDERED:** **Defendant Southwest Health Systems, Inc., d/b/a Southwest Memorial Hospital's Motion to Strike Plaintiff's First Supplemental Disclosures [41], is moot.**

**ORDERED:** **5 to 8 day jury trial scheduled January 2, 2013.**
                **Pretrial conference scheduled November 2, 2012 at 2:00 p.m.**

**2:13 p.m.        Court in recess.**

Hearing concluded.  Total time: 13 min.