IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00947-RPM

CARLA THOMPSON,

      Plaintiff,

vs.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a Southwest Memorial Hospital, and
WILLIAM G. RAINER, M.D.

      Defendants.
_____

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT SHS'S MOTION FOR SUMMARY JUDGMENT**
_____

      This matter comes before the Court on Plaintiff's Unopposed Motion for Extension to Respond to Defendant's SHS's Motion for Summary Judgment. After reading the motion and being fully advised, this motion is granted. Plaintiff will have to and including September 25, 2012, to file her response.

      Dated this 30th day of August, 2012.

      By the Court:

      s/Richard P. Matsch

      _____

      Richard P. Matsch, Senior District Judge