IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00947-RPM

CARLA THOMPSON,

      Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a Southwest Memorial Hospital and
WILLIAM G. RAINER, JR., M.D.,

      Defendants.

_____

ORDER DENYING HOSPITAL'S MOTION FOR SUMMARY JUDGMENT
_____

      Upon review of the Defendant Southwest Health Systems, Inc., d/b/a Southwest Memorial Hospital's motion for summary judgment, filed August 21, 2012, [67] and the plaintiff's response [70] together with the defendant's reply [72], this Court finds that the *Ingram* case is not controlling and that there are material issues of fact preventing summary judgment.  It is therefore

      ORDERED that the motion for summary judgment is denied.

      Dated: October 25th, 2012

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge