# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 November 2, 2012
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 11-cv-00947-RPM

| | |
|---|---|
| CARLA THOMPSON, | Cheryl L. Trine |
| | Deborah L. Taussig |
| Plaintiff, | |
| v. | |
| SOUTHWEST HEALTH SYSTEMS, INC., and | Michael A. Warrs |
| WILLIAM G. RAINER, M.D., | David D. Karr |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**2:00 p.m.        Court in session.**

Discussion regarding case facts and claims with respect to Mr. Thompson.

Discussion regarding witnesses.
Court states experts may testify within their scope of capabilities and experience but cannot give legal opinion.
Counsel state no witnesses by video.

Discussion regarding exhibits.
Counsel agree to extend deadline to exchange exhibits to November 16, 2012.

Court states its trial practices and procedures.
Court furthers states its practice regarding orders of reference to magistrate judge for settlement (MEH or MJW.)(joint motion).

**ORDERED:    Counsel to submit proposed voir dire and jury instruction by 4:00 p.m. December 26, 2012.
              Motion to Amend Complaint [73], is denied.
              Pretrial Order signed.**

**2:35 p.m.        Court in recess.**   Hearing concluded.  Total time: 35 min.