**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00947-RPM

CARLA THOMPSON,

      Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC.,
d/b/a Southwest Memorial Hospital, and
WILLIAM G. RAINER, M.D.,

      Defendants.

_____

**JUDGMENT**
_____

This matter was tried from January 2, 2013, through January 9, 2013, before an empaneled jury of

twelve, Senior District Judge Richard P. Matsch  presiding.  During the presentation of the plaintiff's case

two jurors were excused for cause and the trial proceeded with ten jurors.  After the evidence was closed and

hearing the arguments and statements of counsel, the Court denied  defendants' oral motions for judgment

as matter of law pursuant to Fed.R.Civ.P. Rule 50.

The trial proceeded to conclusion and the jury found that plaintiff Carla Thompson did not prove by

a preponderance of the evidence that defendant Southwest Memorial Hospital  violated EMTALA in the care

of Timothy Thompson.   The jury further found that plaintiff Carla Thompson did not prove by a

preponderance of the evidence that Dr. Rainer was negligent in his care for Timothy Thompson on June 4,

2009.  Accordingly, it is

ORDERED that judgment is entered in favor of defendants Southwest Health Systems Inc., d/b/a

Southwest Memorial Hospital and William G. Rainer, Jr., M.D., and against plaintiff Carla Thompson. It is

FURTHER ORDERED that defendants shall have their costs by the filing of Bill of Costs with the

Clerk of this Court within fourteen days of entry of judgment.  It is

Civil Action No. 11-cv-00947-RPM
Page 2

FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

DATED at Denver, Colorado, this 10th day of January, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/ J. Chris Smith
     Deputy Clerk