IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00947-RPM

CARLA THOMPSON,

    Plaintiff,

v.

SOUTHWEST HEALTH SYSTEMS, INC., d/b/a Southwest Memorial Hospital and
WILLIAM G. RAINER, JR., M.D.,

    Defendants.

_____

ORDER DENYING MOTION FOR NEW TRIAL
_____

    Upon review of the plaintiff's motion for new trial, filed February 7, 2013, the defendants' joint response, filed February 21, 2013, and the plaintiff's reply, filed February 28, 2013, it is now

    ORDERED that the motion for new trial is denied.

    DATED: March 7th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge